Mrs. James HOWARD, Appellant, v. L. R. POWELL, Jr., and Henry W. Anderson, Receivers of Seaboard Air Line Railway, Appellees.

No. 11730.

Circuit Court of Appeals, Fifth Circuit.

Oct. 30, 1946.

J. N. Peacock, Jr., of Albany, Ga., and Frank S. Twitty, of Camilla, Ga., for appellant.

A. B. Conger, of Bainbridge, Ga., for appellees.

Before HOLMES, WALLER, and LEE, Circuit Judges.

PER CURIAM.

The judgment of the Court below is affirmed.

Hayes TURNER, Appellant, v. UNITED STATES of America, Appellee.

No. 11662.

Circuit Court of Appeals, Fifth Circuit.

Oct. 30, 1946.

Rehearing Denied Nov. 26, 1946.

Grover C. Powell, of Atlanta, Ga., for appellant.

Jack J. Gautier and Henry S. Barnes, Asst. U. S. Attys., both of Macon, Ga., for appellee.

Before HOLMES, WALLER, and LEE, Circuit Judges.

PER CURIAM.

The judgment of the Court below is affirmed.

UNITED STATES of America ex rel. Melvin PERLYNSKY, Appellant, v. Col. Harry E. SMITH, Commanding Officer, 144th Regiment, Infantry Replacement Training Center, Camp Rucker, Ala., et al., Appellees.

No. 11475.

Circuit Court of Appeals, Fifth Circuit.

Oct. 30, 1946.

Bernard Lobman, of Montgomery, Ala., and Solomon Badesch, of New York City, for appellant.

Hartwell Davis, Asst. U. S. Atty., of Montgomery, Ala., and Reid B. Barnes, Major, J. A. G. D., Hdq., Fourth Service Command, of Atlanta, Ga., for appellees.

Before HOLMES, McCORD, and LEE, Circuit Judges.

PER CURIAM.

The motion to dismiss is overruled and the judgment affirmed.

Vester WARD, Appellant, v. UNITED STATES of America, Appellee.

No. 11683.

Circuit Court of Appeals, Fifth Circuit.

Oct. 30, 1946.

Chas. R. Robinson, of Birmingham, Ala., for appellant.

Hartwell Davis, Asst. U. S. Atty., of Montgomery, Ala., for appellee.

Before HOLMES, McCORD, and LEE, Circuit Judges.

PER CURIAM.

The judgment appealed from is affirmed.